IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NORMAN J. BARILLA, )
    Plaintiff, )
) 2:16cv1715
v. ) Electronic Filing
)
)
COMMISSIONER OF SOCIAL SECURITY, )
    Defendant. )

MEMORANDUM ORDER

AND NOW, this 2nd day of May, 2017, after the plaintiff, Norman J. Barilla, filed an action in the above-captioned case, and after a motion to dismiss was submitted by the defendant, Commissioner of Social Security, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 8), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion to dismiss (ECF No. 2) is granted.

                                                  _____
                                                David Stewart Cercone
                                                United States District Judge

cc:    Normal J. Barilla, Esquire
       Christy Wiegand, Esquire

       *(Via CM/ECF Electronic Mail)*